IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01051-BNB

CAROLE E. JENKINS, also known as
CAROLE JENKINS BOLLINGER, also known as
CAROLE JENKINS, and [on behalf of]
STEVEN N. BOLLINGER, Deceased,

    Plaintiff,

v.

ALPINE HOME HEALTH,
ELIZABETH MILES, R.N.,
SHANNON [LAST NAME UNKNOWN], Supervisor,
KENDRA MARTINEZ, and
OTHER UNKNOWN EMPLOYEES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

On June 20, 2008, Plaintiff, Carole E. Jenkins, also known as Carole Jenkins Bollinger and as Carole Jenkins, submitted to and filed with the Court a third amended complaint on her behalf and on behalf of her deceased husband, Steven N. Bollinger. Pursuant to Rule 17 of the Federal Rules of Civil Procedure, Ms. Jenkins, as personal representative for her deceased husband, may proceed in her own name. Ms. Jenkins has been granted leave to proceed pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915.

The Court must construe the third amended complaint liberally because Ms. Jenkins is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the complaint reasonably

can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, [her] confusion of various legal theories, [her] poor syntax and sentence construction, or [her] unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be the *pro se* litigant's advocate. *Id.* For the reasons stated below, the second amended complaint will be dismissed for lack of subject matter jurisdiction.

Ms. Jenkins asserts diversity jurisdiction. Pursuant to 28 U.S.C. § 1332, Ms. Jenkins must show that complete diversity of citizenship exists between the adverse parties and that the amount in controversy exceeds $75,000. *See Symes v. Harris*, 472 F.3d 754, 758 (10th Cir. 2006). Because Ms. Jenkins, a Colorado resident, is suing at least three named Defendants who are residents of her same state, she has failed to establish complete diversity between the adverse parties to this case. In addition, she fails to allege an amount in controversy. Accordingly, it is

ORDERED that the second amended complaint and the action are dismissed for lack of subject matter jurisdiction.

DATED at Denver, Colorado, this 11 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01051-BNB

Carole E. Jenkins
PO Box 1522
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk